**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| GALLIT FISCHMAN,<br>Individually,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | No. 3:26-cv-01882-K-BT<br><br>District Judge Ed Kinkeade<br><br>Magistrate Judge Rebecca Rutherford |

**SPECIALLY APPEARING DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S RESPONSE TO PLAINTIFF'S MOTION TO MODIFY THE AUTOMATIC REFERENCE AS TO DEFENDANT'S MOTION TO DISMISS AND FOR DISTRICT JUDGE DETERMINATION**

Specially-appearing Defendant Novartis Pharmaceuticals Corp. ("NPC") submits this response to Plaintiff's Motion to Modify the Automatic Reference as to Defendant's Motion to Dismiss and for District Judge Determination ("Motion"), Dkt. No. 19. Plaintiff filed the Motion before NPC responded to her request to meet and confer on the relief requested. It does not appear that the Court has referred the fully-briefed Specially Appearing Defendant NPC's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim and Lack of Personal Jurisdiction, Dkt. Nos. 13–14, to the Magistrate Judge. Plaintiff's request for relief is therefore not yet ripe for decision. NPC otherwise takes no position on the relief sought by plaintiff and defers to the Court's procedures.

Dated: August 10, 2026

Respectfully submitted,

*/s/ Earl Austin*
Earl Austin
Texas State Bar No. 01437300
Zachary Stone
Texas State Bar No. 24117101
Baker Botts L.L.P.
2001 Ross Avenue Suite 900
Dallas, TX 75201
(214) 953-6542
earl.austin@bakerbotts.com
zachary.stone@bakerbotts.com

*/s/ Kathryn S. Jensen, Esq.*
Kathryn S. Jensen, Esq. (*pro hac* pending)
D.C. Bar No. 494598
HollingsworthLLP
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
kjensen@hollingsworthllp.com

## CERTIFICATE OF SERVICE

I certify that on this 10th day of August 2026, a copy of the foregoing document was served via e-file and a courtesy copy via email to the plaintiff.

*/s/ Earl Austin*
Earl Austin
Texas State Bar No. 01437300
Zachary Stone
Texas State Bar No. 24117101
Baker Botts L.L.P.
2001 Ross Avenue Suite 900
Dallas, TX 75201
(214) 953-6542
earl.austin@bakerbotts.com
zachary.stone@bakerbotts.com

*/s/ Kathryn S. Jensen, Esq.*
Kathryn S. Jensen, Esq. (*pro hac* pending)
D.C. Bar No. 494598
HollingsworthLLP
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
kjensen@hollingsworthllp.com

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*