# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| GALLIT FISCHMAN, Individually,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | No. 3:26-cv-01882<br><br>District Judge Ed Kinkeade<br><br>Magistrate Judge Rebecca Rutherford |

**SPECIALLY APPEARING DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS**

Specially appearing defendant Novartis Pharmaceuticals Corporation ("NPC") respectfully provides notice of the U.S. District Court for the District of Massachusetts's October 15, 2026 Order in *Fischman v. Boston Children's Hospital* (*Fischman v. BCH*), No. 26-11504-WGY, 2026 WL 3082975 (D. Mass. Oct. 15, 2026) (attached as Ex. A-1), which was decided after briefing was completed on NPC's Motion to Dismiss (Dkt. No. 13) and provides additional support for one of the asserted grounds for dismissal in NPC's Brief in Support of its Motion to Dismiss that Ms. Fischman lacks standing to bring a wrongful death claim. *See* Br. Supp. Mot. Dismiss at 13-14 (Dkt. No. 14); *see also* Reply Br. Supp. Mot. Dismiss at 7-8 (Dkt. No. 20).

In *Fischman v. BCH*, the Honorable William G. Young, applying Texas law, dismissed Ms. Fischman's complaint for failure to state a claim for Wrongful Death, because Ms. Fischman failed "to plead for the benefit of all statutory beneficiaries" as required by Section 71.004(b) of the Wrongful Death Act and controlling Texas precedent. *BCH*, 2026 WL 3082975, at *1-2. The court dismissed Ms. Fischman's remaining claims for lack of standing because, "[a]bsent a

wrongful death claim, Fischman has no independent standing to bring these [tort] claims on her own." *Id.* at *2.

The District Court's Order provides additional support for NPC's almost identical argument that Ms. Fischman lacks standing because she "expressly disclaims bringing the action on behalf of other statutory beneficiaries" as required by Section 71.004(b) of Texas's Wrongful Death Act. *Compare BCH*, 2026 WL 3082975, at *1-2 (dismissing Ms. Fischman's claims for failure to comply with Tex. Civ. Prac. & Rem. Code Ann. §§ 71.002, .004(b) and *Avila v. St. Luke's Lutheran Hosp.*, 948 S.W.2d 841, 850 (Tex. Ct. App. 1997)), *with* NPC's Br. Supp. Mot. Dismiss at 14 n. 12 (Dkt. No. 14) (arguing that plaintiff cannot meet Section 71.004's requirement that the action is "brought[] for the benefit of all parties entitled to recover" because she expressly disclaims bringing her claims on behalf of all beneficiaries (citing *Avila*, 948 S.W.2d at 850)), *and* NPC's Reply Br. Supp. Mot. Dismiss at 7-8 (Dkt. No. 20) (same, noting plaintiff's concession that the other statutory beneficiaries elected not to participate).

In both cases, Ms. Fischman asserted nearly identical allegations that she "brings this action solely in her individual capacity as a statutory wrongful-death beneficiary of her father" and "does not bring this action on behalf of any other person or entity." *Compare BCH*, 2026 WL 3082975 at *1 (quoting Compl. ¶ 11, *Fischman v. BCH*), *with* Compl. ¶ 6 (Dkt. No. 3) (alleging that plaintiff "brings this action solely in her individual capacity as a statutory wrongful death beneficiary" and "does not purport to represent, bind, waive, release, adjudicate, or recover on behalf of any nonparty beneficiary"), *cited in* NPC's Br. Supp. Mot. Dismiss at 14 n.12 (Dkt. No. 14).

Dated: October 22, 2026

Respectfully Submitted,

*/s/ Earl Austin*
Earl Austin

Texas State Bar No. 01437300
Baker Botts L.L.P.
2001 Ross Avenue Suite 900
Dallas, TX 75201
(214) 953-6542
Earl.austin@bakerbotts.com

*/s/ Kathryn S. Jensen, Esq.*
Kathryn S. Jensen (admitted *pro hac vice* )
D.C. Bar No. 494598
HollingsworthLLP
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
kjensen@hollingsworthllp.com

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of October 2026, a copy of the foregoing document was served via e-file and a courtesy copy via email to the plaintiff.

*/s/ Earl Austin*
Earl Austin
Texas State Bar No. 01437300
Baker Botts L.L.P.
2001 Ross Avenue Suite 900
Dallas, TX 75201
(214) 953-6542
Earl.austin@bakerbotts.com

*/s/ Kathryn S. Jensen, Esq.*
Kathryn S. Jensen (admitted *pro hac vice*)
D.C. Bar No. 494598
HollingsworthLLP
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
kjensen@hollingsworthllp.com

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*