**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| GALLIT FISCHMAN, Individually,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | No. 3:26-cv-01882<br><br>District Judge Ed Kinkeade<br><br>Magistrate Judge Rebecca Rutherford |

**[PROPOSED] ORDER ON SPECIALLY APPEARING DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS**

The Court GRANTS Novartis Pharmaceuticals Corporation's Motion for Leave to File Notice Supplemental Authority in Support of its Motion to Dismiss.

SIGNED on ______________, 2026

_________________________
HON. ED KINKEADE,
U.S. DISTRICT JUDGE