IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GALLIT FISCHMAN, Individually, | § | CIVIL ACTION NO. 3:26-cv-01882 |
| Plaintiff, | § | District Judge Ed Kinkeade |
| v. | § | Magistrate Judge Rebecca Rutherford |
| NOVARTIS PHARMACEUTICALS CORPORATION, | § | |
| Defendant. | § | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED WITHDRAWAL OR MODIFICATION OF ORDER OF REFERRAL**

Before the Court is Plaintiff's Motion for Expedited Withdrawal or Modification of Order of Referral. Having considered the motion and the record, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the referral to the United States Magistrate Judge is WITHDRAWN. The presiding district judge shall retain direct oversight of the pending Motion to Dismiss and subsequent pretrial proceedings, including the establishment of a discovery schedule.

SIGNED this _____ day of ______________, 2026.

________________________________

ED KINKEADE

UNITED STATES DISTRICT JUDGE.