IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GALLIT FISCHMAN,<br>Individually, | §<br>§ | CIVIL ACTION NO. 3:26-cv-01882 |
| Plaintiff, | §<br>§ | District Judge Ed Kinkeade |
| v. | §<br>§ | Magistrate Judge Rebecca Rutherford |
| NOVARTIS PHARMACEUTICALS<br>CORPORATION, | §<br>§<br>§ | |
| Defendant. | §<br>§ | |

---

**PPLAINTIFF'S NOTICE OF FDA REGULATORY OPPOSITION TO EVEROLIMUS APPROVAL FOR HEART TRANSPLANTATION**

---

Plaintiff Gallit Fischman, proceeding pro se, submits this Notice to inform the Court of her October 31, 2026 Citizen Petition to the United States Food and Drug Administration opposing potential approval of everolimus (Zortress) for heart transplantation. The petition addresses regulatory approval efforts and the safety, warning, and clinical-benefit issues implicated in Plaintiff's claims against Novartis Pharmaceuticals Corporation.

On November 2, 2026, the FDA acknowledged receipt of Plaintiff's Citizen Petition under 21 C.F.R. § 10.30 and assigned Docket No. FDA-2026-P-13717. The acknowledgment is attached as Exhibit A. The public docket is available at:

https://www.regulations.gov/docket/FDA-2026-P-13717/document

The regulatory concerns raised in Plaintiff's Citizen Petition are particularly relevant given two separate efforts to obtain FDA approval of everolimus for heart transplantation.

**The first approval pathway concerns pediatric heart transplantation through the TEAMMATE clinical trial (NCT03386539).** The trial's investigators identified obtaining FDA approval of a pediatric rejection-prophylaxis regimen as an objective. Plaintiff's petition questions the clinical evidence supporting that objective, including the absence of statistically significant superiority in the primary efficacy analysis and whether reported renal and cardiovascular benefits result from everolimus itself or reduced tacrolimus exposure.

**The second pathway involves independent patient advocacy seeking broader heart-transplant approval, including adult recipients.** Patient advocate Peyton Herres has organized a public petition seeking an FDA-approved indication for everolimus in heart transplantation. Her October 9, 2026 update describes discussions concerning potential regulatory pathways, including possible involvement by Novartis or other pharmaceutical companies. Her initiative has attracted attention from prominent public figures, including Mark Cuban, whose participation in discussions reflects the advocacy's reach beyond the transplant community.

Everolimus remains unapproved for heart transplantation in the United States. Although Novartis's direct involvement in either approval effort has not been established, Plaintiff contends that its representations portraying everolimus as safer and superior to established, FDA-approved immunosuppressants have indirectly fueled these efforts.

This litigation extends beyond the circumstances of Plaintiff's father's death. It concerns the promotion of an oncology/immunosuppression drug for a population subject to an existing FDA heart-transplant mortality warning. Plaintiff's understanding is that everolimus has never undergone a genuinely independent evaluation establishing its safety and superiority in heart transplantation. Instead, the research has centered on combination immunosuppressive regimens,

with potential Novartis influence. Plaintiff contends that physician and researcher emphasis on selected clinical benefits has overshadowed the drug's serious adverse effects.

Plaintiff's Citizen Petition requests independent FDA examination of the underlying clinical evidence, the heart-transplant mortality warning, and Novartis's continuing safety-monitoring and labeling obligations before any expansion of approval to pediatric or adult heart-transplant recipients.

Respectfully submitted,

Date: November 5, 2026

/s/ Gallit Fischman

GALLIT FISCHMAN, Pro Se
10114 Deermont Trail
Dallas, TX 75243
(214) 893-6720
gallitfischman@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, a true and correct copy of the foregoing instrument was served by electronic filing through the Court's CM/ECF system on all counsel of record and registered ECF users entitled to notice in this case.

/s/ Gallit Fischman

Gallit Fischman, Plaintiff, Pro Se

**EXHIBIT A**

FDA Acknowledgment Letter dated November 2, 2026, confirming receipt of Plaintiff's October 31, 2026 Citizen Petition and assignment of Docket No. FDA-2026-P-13717.

U.S. FOOD & DRUG ADMINISTRATION

November 02, 2026

Gallit Fischman
10114 Deermont Trail
Dallas, TX 75243

*Sent via email to:* gallitfischman@yahoo.com

Dear Petitioner:

Your petition dated 10/31/2026 was received by this office on 10/31/2026 and is assigned to docket number FDA-2026-P-13717. Include the docket number in future correspondence with the Agency regarding your petition.

Please note, the acceptance of this petition for filing is a procedural matter and in no way reflects the Agency's decision on the substantive merits of the petition.

Sincerely,

Maria Myrill

Maria Myrill
Lead Administrative Proceeding Specialist, Division of Dockets
Office of Operations/Office of Disclosure and Information Governance
U.S. Food and Drug Administration
U.S. Department of Health and Human Services